IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-92-068-CR




MICHAEL LYNN BATSON,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY, 



NO. 35,445, HONORABLE LINDA A. RODRIGUEZ, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for speeding. Punishment was assessed at a
$75 fine.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Chief Justice Carroll, Justices Aboussie and B. A. Smith]

Dismissed On Appellant's Motion

Filed: April 15, 1992

[Do Not Publish]








April 15, 1992






Mr. Kyle W. Maysel

130 E. San Antonio, Suite C

San Marcos, Texas 78666


Honorable Lucy Del Prado Dietz

Assistant Criminal District Attorney

Hays County Courthouse, Room 208

San Marcos, Texas 78666


 Re: No. 3-92-068-CR--Michael Lynn Batson v.
The State of Texas (t/c no. 35,445)


Counsel:


In accordance with Rule 91, Texas Rules of Appellate Procedure, enclosed is a copy of the
opinion and judgment handed down by this Court on this date in the above cause.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover. 

 Very truly yours,


 W. KENNETH LAW, CLERK



 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Linda A. Rodriguez, County Judge

 Mr. Ronnie Dannelley, County Clerk


MR. KYLE W. MAYSEL

130 E. SAN ANTONIO, SUITE C

SAN MARCOS TX 78666

HONORABLE LUCY DEL PRADO DIETZ

ASSISTANT CRIMINAL DISTRICT ATTORNEY

HAYS COUNTY COURTHOUSE, ROOM 208

SAN MARCOS TX 78666

MR. W. H. MOORE

DISTRICT CLERK

HAYS COUNTY COURTHOUSE

SAN MARCOS TX 78666

 TRIAL COURT NO. 35,445



THE STATE OF TEXAS.


TO THE COUNTY COURT AT LAW NO. 2 DISTRICT COURT of HAYS COUNTY -
GREETINGS:


 Before our COURT OF APPEALS, on the 15th of April A.D. 1992, the cause upon appeal to
revise or reverse your Judgment between




 MICHAEL LYNN BATSON, Appellant,

No. 3-92-068-CR vs. 

 THE STATE OF TEXAS, Appellee,


was determined; and therein our said COURT OF APPEALS made its orders in these words:


THIS CAUSE came on to be heard on the written motion of the appellant to dismiss the appeal and the
same being considered, because it is the opinion of this Court that the same should be granted: it is
ORDERED, ADJUDGED and DECREED by the Court that appellant be allowed to withdraw notice of
appeal and that the appeal be dismissed; that the appellant pay all costs in this behalf expended; and that
this decision be certified below for observance.


 WHEREFORE, We command you to observe the order of said COURT OF APPEALS in this
behalf and in all things have it duly recognized, obeyed and executed.

 

 WITNESS the HONORABLE JIMMY CARROLL, Chief Justice
of our said COURT OF APPEALS for the Third District of Texas,
with the seal thereof annexed, at the City of Austin, this the 15th
day of April A.D. 1992.


 W. KENNETH LAW, CLERK




 by:  , Deputy

    Barbara E. Chapman








April 15, 1992





Mr. Ronnie Dannelley

County Clerk

Hays County Courthouse

San Marcos, Texas 78666


 Re: No. 3-92-068-CR--Michael Lynn Batson v. State of
Texas

 (t/c no. 35,445)


Dear Mr. Dannelley:


Enclosed, with reference to the above cause, is the mandate of this Court. Please acknowledge
your receipt of same by returning the enclosed card (No. 1) to this office, appropriately
completed.


Rule 87(b), Texas Rules of Appellate Procedure, sets out the procedures to be followed upon your
receipt of the mandate.


Upon execution of the mandate in accordance with the rule, either your office or the sheriff's
office should return the remaining card enclosed (No. 2), appropriately completed.


Your cooperation in this regard is appreciated.


 Very truly yours,


 W. KENNETH LAW, CLERK



 by

 Barbara E. Chapman, Deputy


Enclosures to Clerk


xc: Mr. Kyle W. Maysel

 Honorable Lucy Del Prado Dietz, Assistant Criminal District Attorney